**YU | MOHANDESI LLP**

**B. Ben Mohandesi** (SBN 214921)
213.377.5505 | bmohandesi@yumollp.com
**Benjamin M. Cutchshaw** (SBN 263483)
213.418.9341 | bcutchshaw@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.377.5501 Facsimile

Attorneys for Defendant
CACH, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRCT OF CALIFORNIA

| | |
|---|---|
| THOMAS H. SPARLING,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA BUSINESS LENDING SERVICES; BANK OF AMERICA NATIONAL ASSOCIATION; MANDARICH LAW GROUP, LLP; CACH, LLP; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-08370<br><br>**DEFENDANT CACH, LLC'S ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed: October 6, 2017<br>Removal Filed: November 16, 2017 |

Defendant CACH, LLC[1] ("Defendant"), by and through its undersigned counsel, hereby states its answer and affirmative defenses to the Complaint of Plaintiff THOMAS H. SPARLING ("Plaintiff") as follows:

## THE PARTIES

1. Answering Paragraph 1, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

2. Answering Paragraph 2, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

3. Answering Paragraph 3, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

4. Answering Paragraph 4, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

5. Answering Paragraph 5, Defendant admits the allegations.

6. Answering Paragraph 6, Defendant denies the allegations.

7. Answering Paragraph 7, Defendant denies the allegations.

## JURISDICTION AND VENUE

8. Answering Paragraph 8, the allegations consist of legal conclusions to which no response is required. To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

---

[1] Erroneously referred to as CACH, LLP in the Complaint.

## GENERAL ALLEGATIONS

9. Answering Paragraph 9, Defendant incorporates by reference Paragraphs 1–8 of this Answer.

10. Answering Paragraph 10, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

11. Answering Paragraph 11, Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

12. Answering Paragraph 12, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

13. Answering Paragraph 13, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

14. Answering Paragraph 14, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them. Defendant further states that Plaintiff's Exhibit 2 speaks for itself.

15. Answering Paragraph 15, Defendant admits that on or about May 13, 2015, Defendant BANK OF AMERICA, NATIONAL ASSOCIATION sold the Subject Loan to Defendant CACH, LLC. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

16. Answering Paragraph 16, Defendant admits that on July 15, 2016, Defendant CACH, LLC, with the assistance of counsel Defendant Mandarich Law Group, LLP, filed an action in the County of Santa Clara (Case No. 16CV298106) against Plaintiff, pleading breach of contract, breach of personal guarantee, and account stated. Defendant is without sufficient knowledge or information to form a

belief as to the truth of the remaining allegations, and on that basis, denies them. Defendant further states that Plaintiff's Exhibit 3 speaks for itself.

17. Answering Paragraph 17, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis, denies them.

18. Answering Paragraph 18, Defendant admits that on June 13, 2017, Plaintiff moved for Summary Judgment against Defendant CACH, LLC. Defendant denies the remaining allegations in Paragraph 18.

19. Answering Paragraph 19, Defendant denies the allegations.

20. Answering Paragraph 20, Defendant denies the allegations.

## FIRST CAUSE OF ACTION

## MALICIOUS PROSECUTION – WRONGFUL USE OF CIVIL PROCEEDING

21. Answering Paragraph 21, Defendant incorporates by reference Paragraphs 1–20 of this Answer.

22. Answering Paragraph 22, Defendant admits that on July 15, 2016, Defendant CACH, LLC, with the assistance of counsel Defendant Mandarich Law Group, LLP, filed an action in the County of Santa Clara (Case No. 16CV298106) against Plaintiff, pleading breach of contract, breach of personal guarantee, and account stated. Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, and on that basis, denies them.

23. Answering Paragraph 23, Defendant admits that Defendant CACH, LLC, with the assistance of counsel Defendant Mandarich Law Group, LLP, brought a lawsuit against Plaintiff. Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, and on that basis, denies them.

24. Answering Paragraph 24, Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, and on that basis, denies them.

1    25.    Answering Paragraph 25, Defendant denies the allegations.

2    26.    Answering Paragraph 26, Defendant denies the allegations.

3    27.    Answering Paragraph 27, Defendant denies the allegations.

4    28.    Answering Paragraph 28, Defendant denies the allegations.

## SECOND CAUSE OF ACTION
## ABUSE OF PROCESS

29.    Answering Paragraph 29, Defendant incorporates by reference Paragraphs 1–28 of this Answer.

30.    Answering Paragraph 30, Defendant admits that on July 15, 2016, Defendant CACH, LLC, with the assistance of counsel Defendant Mandarich Law Group, LLP, filed an action in the County of Santa Clara (Case No. 16CV298106) against Plaintiff, pleading breach of contract, breach of personal guarantee, and account stated.  Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, and on that basis, denies them.

31.    Answering Paragraph 31, Defendant denies the allegations.

32.    Answering Paragraph 32, Defendant denies the allegations.

33.    Answering Paragraph 33, Defendant denies the allegations.

## THIRD CAUSE OF ACTION
## SLANDER OF TITLE

34.    Answering Paragraph 34, Defendant incorporates by reference Paragraphs 1–33 of this Answer.

35.    Answering Paragraph 35, Defendant denies the allegations as they relate to Defendant CACH, LLC.  Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, and on that basis, denies them.

36.    Answering Paragraph 36, Defendant denies the allegations as they relate to Defendant CACH, LLC.  Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, and on that basis, denies

them.

37. Answering Paragraph 37, Defendant denies the allegations as they relate to Defendant CACH, LLC. Defendant is without sufficient knowledge, or information to form a belief as to the truth of the remaining allegations, and on that basis, denies them.

38. Answering Paragraph 38, Defendant denies the allegations as they relate to Defendant CACH, LLC. Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, and on that basis, denies them.

39. Answering Paragraph 39, Defendant denies the allegations as they relate to Defendant CACH, LLC. Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, and on that basis, denies them.

40. Answering Paragraph 40, Defendant denies the allegations.

41. Answering Paragraph 41, Defendant denies the allegations.

42. Answering Paragraph 42, Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, and on that basis, denies them.

## FOURTH CAUSE OF ACTION
## INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE

43. Answering Paragraph 43, Defendant repeats, re-alleges, and incorporates by reference Paragraphs 1–42 of this Answer.

44. Answering Paragraph 44, Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, and on that basis, denies them.

45. Answering Paragraph 45, Defendant denies the allegations as they relate to CACH, LLC. Defendant is without sufficient knowledge or information to form a

belief as to the truth of the remaining allegations, and on that basis, denies them.

46. Answering Paragraph 46, Defendant denies the allegations as they relate to CACH, LLC. Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, and on that basis, denies them.

47. Answering Paragraph 47, Defendant denies the allegations as they relate to CACH, LLC. Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, and on that basis, denies them.

48. Answering Paragraph 48, Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, and on that basis, denies them.

49. Answering Paragraph 49, Defendant denies the allegations.

50. Answering Paragraph 50, Defendant denies the allegations as they relate to CACH, LLC. Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, and on that basis, denies them.

51. Answering Paragraph 51, Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, and on that basis, denies them.

## FIFTH CAUSE OF ACTION
## NEGLIGENT INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE

52. Answering Paragraph 52, Defendant repeats, re-alleges, and incorporates by reference Paragraphs 1–51 of this Answer.

53. Answering Paragraph 53, Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, and on that basis, denies them.

54. Answering Paragraph 54, Defendant denies the allegations as they relate to CACH, LLC. Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, and on that basis, denies them.

55. Answering Paragraph 55, Defendant denies the allegations as they relate to CACH, LLC. Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, and on that basis, denies them.

56. Answering Paragraph 56, Defendant denies the allegations as they relate to CACH, LLC. Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, and on that basis, denies them.

57. Answering Paragraph 57, Defendant denies the allegations.

58. Answering Paragraph 58, Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, and on that basis, denies them.

59. Answering Paragraph 59, Defendant denies the allegations.

60. Answering Paragraph 60, Defendant denies the allegations as they relate to CACH, LLC. Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, and on that basis, denies them.

61. Answering Paragraph 61, Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, and on that basis, denies them.

### SIXTH CAUSE OF ACTION
### FRAUD

62. Answering Paragraph 62, Defendant incorporates by reference Paragraphs 1–61 of this Answer.

63. Answering Paragraph 63, Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, and on that basis, denies them.

64. Answering Paragraph 64, Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, and on that basis, denies them.

65. Answering Paragraph 65, Defendant is without sufficient knowledge or

information to form a belief as to the truth of the remaining allegations, and on that basis, denies them.

66. Answering Paragraph 66, Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, and on that basis, denies them.

67. Answering Paragraph 67, Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, and on that basis, denies them.

68. Answering Paragraph 68, Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, and on that basis, denies them.

69. Answering Paragraph 69, Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, and on that basis, denies them.

70. Answering Paragraph 70, Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, and on that basis, denies them.

## SEVENTH CAUSE OF ACTION
## NEGLIGENT MISREPRESENTATION

71. Answering Paragraph 71, Defendant incorporates by reference Paragraphs 1–70 of this Answer.

72. Answering Paragraph 72, Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, and on that basis, denies them.

73. Answering Paragraph 73, Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, and on that basis, denies them.

74. Answering Paragraph 74, Defendant is without sufficient knowledge or

information to form a belief as to the truth of the remaining allegations, and on that basis, denies them.

75. Answering Paragraph 75, Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, and on that basis, denies them.

76. Answering Paragraph 76, Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, and on that basis, denies them.

77. Answering Paragraph 77, Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, and on that basis, denies them.

78. Answering Paragraph 78, Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, and on that basis, denies them.

79. Answering Paragraph 79, Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, and on that basis, denies them.

## **EIGHTH CAUSE OF ACTION**
## **NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS**

80. Answering Paragraph 80, Defendant incorporates by reference Paragraphs 1–79 of this Answer.

81. Answering Paragraph 81, Defendant denies the allegations as they relate to CACH, LLC.  Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, and on that basis, denies them.

82. Answering Paragraph 82, Defendant denies the allegations.

83. Answering Paragraph 83, Defendant denies the allegations as they relate to CACH, LLC.  Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, and on that basis, denies them.

84. Answering Paragraph 84, Defendant denies the allegations.

85. Answering Paragraph 85, Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, and on that basis, denies them.

## NINTH CAUSE OF ACTION
## BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING

86. Answering Paragraph 86, Defendant incorporates by reference Paragraphs 1–85 of this Answer.

87. Answering Paragraph 87, Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, and on that basis, denies them.

88. Answering Paragraph 88, Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, and on that basis, denies them.

89. Answering Paragraph 89, Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, and on that basis, denies them.

90. Answering Paragraph 90, Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, and on that basis, denies them.

91. Answering Paragraph 91, Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, and on that basis, denies them.

## AFFIRMATIVE DEFENSES
## FIRST AFFIRMATIVE DEFENSE

1. The Complaint fails to state a claim upon which relief can be granted against Defendant.

## SECOND AFFIRMATIVE DEFENSE

2. The purported claims set forth in the Complaint are barred in whole or in part by the applicable statutes of limitation.

## THIRD AFFIRMATIVE DEFENSE

3. Plaintiff is barred from obtaining the relief sought in the Complaint by the doctrines of estoppel, waiver, unclean hands, laches, or other equitable doctrines.

## FOURTH AFFIRMATIVE DEFENSE

4. The purported claims set forth in the Complaint are barred in whole or in part because Plaintiff has failed to mitigate their alleged damages, if any

## FIFTH AFFIRMATIVE DEFENSE

5. The purported claims set forth in the Complaint are barred in whole or in part because Defendant's conduct was privileged or justified.

## SIXTH AFFIRMATIVE DEFENSE

6. The purported claims set forth in the Complaint are barred in whole or in part because Plaintiff has waived any and all claims, rights, and demands made in the Complaint.

## SEVENTH AFFIRMATIVE DEFENSE

7. Plaintiff has suffered no actual damages and any damages claimed by Plaintiff in the Complaint are impermissibly speculative and cannot be recovered from Defendant.

## EIGHTH AFFIRMATIVE DEFENSE

8. Defendant specifically denies that it acted with any willfulness, oppression, fraud, or malice towards Plaintiff.

## NINTH AFFIRMATIVE DEFENSE

9. Any harm alleged in the Complaint can be attributed to several causes, and the damages for this harm, if any, should be apportioned among the various causes according to the contribution of each cause to the harm sustained.

### TENTH AFFIRMATIVE DEFENSE

10. If Plaintiff suffered or sustained any loss, injury, damage, or detriment, it was directly and proximately caused and contributed to by the breach, conduct, acts, omissions, activities, carelessness, recklessness, negligence, or intentional misconduct of others, and not by Defendant.

### ELEVENTH AFFIRMATIVE DEFENSE

11. The purported claims set forth in the Complaint are barred in whole or in part because Defendant relied on advice of counsel.

### TWELFTH AFFIRMATIVE DEFENSE

12. The purported claims set forth in the Complaint are barred in whole or in part by the litigation privilege, absolute privilege, and/or qualified privilege.

### THIRTEENTH AFFIRMATIVE DEFENSE

13. Defendant specifically gives notice that it intends to rely upon such other defenses as may become available by law, or pursuant to statute, or during any further discovery proceedings of this case, and hereby reserves the right to amend its Answer and assert such defense.

WHEREFORE, Defendant prays for judgment as follows:

1. That Plaintiff takes nothing by way of its Complaint;
2. For costs of suit herein;
3. For attorneys' fees to the extent available by law or contract; and
4. For such other and further relief as this Court may deem just and proper.

DATED: November 27, 2017        **YU | MOHANDESI LLP**

By */s/ B. Ben Mohandesi*
B. Ben Mohandesi
*Attorneys for Defendant*
CACH, LLC

**CERTIFICATE OF SERVICE**

I certify that on November 27, 2017, a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system as described below. Parties may access this filing through the Court's system.

DATED: November 27, 2017

By  */s/ B. Ben Mohandesi*
B. Ben Mohandesi