JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Thomas H. Sparling et al

Plaintiff,

v.

Bank of America Business Lending
Services et al

Defendants.

Case No.  CV 17-08370-AB (PLAx)

ORDER DISMISSING CIVIL ACTION

THE COURT having been advised that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  June 28, 2018

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE